UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER, Chapter 7
Trustee,

       Plaintiff,

                                          File No. 1:12-CV-842
v.                                                   Adv. Pro. No. 12-80110
                                                     HON. ROBERT HOLMES BELL

JEFF ROBINSON,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed a report and recommendation ("R&R") issued by United States Bankruptcy Judge Jeffrey R. Hughes on July 13, 2012, recommending that Trustee Jeff A. Moyer's motion for entry of a default judgment against Defendant Jeff Robinson be granted. (Dkt. No. 1, Attach. 1.) Defendant is not represented by counsel. The R&R was mailed to Defendant at his last known address on July 19, 2012. Defendant has not filed any objections to the R&R, and the time for doing so has expired. *See* Bankr. R. 9033(b). The Court has reviewed the R&R, and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 13, 2012, R&R of the Bankruptcy Judge (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment (Adv. Pro. No. 12-80110, Dkt. No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that the transfers from Debtor Tammy Darlene Merriweather to Defendant Jeff Robinson within the twelve months prior to the Debtor's filing of the Bankruptcy Petition are **AVOIDED** pursuant to 11 U.S.C. § 547.

**IT IS FURTHER ORDERED** that a **MONEY JUDGMENT** is entered in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Jeff Robinson in the amount of $3,700.00 together with interest at the statutory rate and costs of $293.00, pursuant to 11 U.S.C. § 550.

Dated: August 27, 2012                                                  /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE